UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL MEDIA NETWORK,<br><br>                            Plaintiff,<br><br>       -against-<br><br>TIDAL,<br><br>                            Defendant. | 25cv396 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the March 20, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 21, 2025
             New York, New York

                                                      /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                               Chief United States District Judge